1 | LARA R. SHAPIRO (State Bar No. 227194)
2 | 4145 Via Marina # 324
　| Marina del Rey, CA 90292
3 | Telephone: (310) 577-0870
4 | Facsimile: (424) 228-5351

5 | Attorneys for Plaintiff,
　| Ross Hunter

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ross Hunter,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Oasis Financial Solutions, LLC; and Does 1-100, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:10-cv-00724-L-WVG<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Date:　　04/04/2011<br>Time:<br>Judge:　　William V. Gallo<br>Room: |

The Plaintiff as the prevailing party in this action and pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k(a)(3), hereby moves the Court for reasonable attorney's fees and the costs of this action.  The Plaintiff seeks an award of $3,825.00 in attorney's fees and $450.00 in costs.  The Plaintiff submits the following in support of his Motion:

1. Memorandum of Law in Support of Motion for Attorney's Fees and Costs;

2. The Affidavit of Lara Shapiro, Esq., with firm billing records and expense sheets;

3. The Affidavit of Vlad Hirnyk, Esq.

WHEREFORE, the Plaintiff requests that the Court award her $4,275.00 in attorney's fees and costs in this action.

Dated:     April 4, 2011

                                 LEMBERG & ASSOCIATES, LLC
*Attorneys for Plaintiff*

By:   /s/ Lara Shapiro
      Law Office of Lara Shapiro
      4145 Via Marina #324
      Marina Del Rey, CA 90292
      (310) 577-0870
      Fax: (424) 228-5351
      Email: shapiro.lara@gmail.com

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on April 4, 2011 a copy of the foregoing was electronically filed with the Clerk of the District Court using the CM/ECF system, and is available on CM/ECF system of the U.S. District Court for the Southern District of California.  In addition, a copy of foregoing was mailed by U.S. First Class Mail to:

Oasis Financial Solutions LLC
7910 Baymeadows Way,
Jacksonville, Florida 32256

/s/ Lara Shapiro
_____
Lara Shapiro