LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351

Attorneys for Plaintiff,
Ross Hunter

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| Ross Hunter, | Case No.: 3:10-cv-00724-L WVG |
|---|---|
| Plaintiff, | **AFFIDAVIT OF LARA SHAPIRO IN SUPPORT OF AWARD OF MOTION FOR ATTORNEYS' FEES AND COSTS** |
| vs. | |
| Oasis Financial Solutions, LLC; and Does 1-100, inclusive, | |
| Defendants. | |

**STATE OF CALIFORNIA** )
) **ss.:**
**COUNTY OF LOS ANGELES** )

    **LARA SHAPIRO**, being first duly sworn, deposes and says:

    1.    I am of Counsel to Lemberg & Associates, L.L.C., a Connecticut Limited Liability Company organized for the practice of law (the "Firm"). I, along with Lemberg & Associates, represent the Plaintiff, Ross Hunter, in the above-entitled action. I am licensed to practice law in the state of California and admitted to appear before this Court. I have personal knowledge of the facts set forth in this affidavit and if called as a witness, I could testify to the facts contained herein.

    2.    After a ten year nursing career, I graduated from California State University, Chico,

in 2000, and went on to graduate from McGeorge School of Law in 2003. During law school, and after being admitted to the Bar of California in 2003, I worked with Clement & Associates in Sacramento, CA, specializing in elder abuse, medical malpractice and complex litigation. I later worked for a legal malpractice firm in San Francisco before moving to Los Angeles to open my own practice.

3. I am lead counsel for the Plaintiff and I have been responsible for overseeing the course of this litigation.

4. My involvement with this matter began in March of 2010 when I interviewed Mr. Hunter concerning his complaints about the Defendant's actions.

5. In total I have spent 5 hours prosecuting this action as recorded in the contemporaneous billing records attached to this affidavit. My activities included reviewing the complaint, discussions with client, reviewing and submitting the default judgment paperwork and attorney's fees application.

6. Ernest Guadiana is an attorney that was employed at the time this case was forgoing but is no longer employed with Lemberg & Associates at this time. I was directly responsible for supervising Mr. Guadiana's work and time and hours as set forth herein are true and correct.

7. My usual hourly fee when billing clients is $300.00/hour. For the 5 hours I have spent in this action, Plaintiff is respectfully requesting an attorney's fee award of $1500.00.

/s/ Lara Shapiro
Lara Shapiro