LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351

Attorneys for Plaintiff,
Ross Hunter

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ross Hunter,<br><br>             Plaintiff,<br><br>      vs.<br><br>Oasis Financial Solutions, LLC; and Does 1-100, inclusive,<br><br>             Defendants. | Case No.: 3:10-cv-00724-L WVG<br><br>**AFFIDAVIT OF VLAD HIRNYK IN SUPPORT OF AWARD OF MOTION FOR ATTORNEYS' FEES AND COSTS** |

**STATE OF CONNECTICUT**     )
                             ) **ss.:**
**COUNTY OF FAIRFIELD**       )

   I, Vlad Hirnyk, declare as true the following:

   1.   I am associated with Lemberg & Associates, L.L.C. (the "Firm"), attorneys for the Plaintiff, Ross Hunter. I have personal knowledge of the information contained in this affidavit and could testify to such if called to do so. This Affidavit is respectfully submitted to the Court in support of Plaintiff's motion for Attorney's fees in the amount of $4,275.00.

   2.   I have been employed by the Firm since October of 2010. I am licensed to practice law in the Courts of Connecticut and New York.

   3.   I performed legal and paralegal tasks, and reviewed the Plaintiff's Contemporaneous

1 | Billing Records.

    4.    My time in this matter has been billed at $250.00 an hour for attorney work. I am informed and believed that this is a reasonable rate for an attorney with my level of experience in the Southern California.

                                        <u>/s/ Vlad Hirnyk</u>

                                        Vlad Hirnyk, Esq.