# EXHIBIT 1

# Lemberg & Associates LLC

## Transactions Listing Report

Search Description:
Search for: 2585-002   Search by: Matter ID  Stage: (all)  Type: (all)

| Date | Prof | MatterID/Client  Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------------------------------------------------------------|------------------------|-------|-------|-------|
| *Accident Date:* | | | | | | |
| 3/25/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Fair Debt Matter Opened | T | 0.2000 | 250.0000 | 50.0000 |
| 3/25/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Called client left message | T | 0.1000 | 250.0000 | 25.0000 |
| 3/25/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Client Contacted to Confirm Facts | T | 0.2000 | 250.0000 | 50.0000 |
| 3/25/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Spoke with client.  Client gave me more numbers for<br>Oasis: 877-331-2367; 877-658-6929<br>Address: 7910 Bay Meadows Way, Jacksonville<br>Florida 32256 | T | 0.2000 | 250.0000 | 50.0000 |
| 3/30/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Spoke with client.  Client said he told Oasis that he<br>was represented by Lemberg and for them to direct<br>their calls to LEmberg.  Asked client to call us back<br>if he hears from Oasis again. | T | 0.1000 | 250.0000 | 25.0000 |
| 3/31/2010 | VH | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Client called and said that Oasis called him again<br>after he told them before that he is represented by<br>an attorney.  Inquired whether we could call Oasis.<br>Wants calls to stop.  Wants to know whener<br>complaint will be reviewed and filed. Would like a call<br>back.<br><br>Emailed LS. | T | 0.2000 | 250.0000 | 50.0000 |
| 3/31/2010 | VH | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Consulted ST. Called client back. Informed client re<br>status of the case. | T | 0.1000 | 250.0000 | 25.0000 |
| 4/1/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Spoke with client.  Updated his complaint to state | T | 0.2000 | 250.0000 | 50.0000 |

# Lemberg & Associates LLC

## Transactions Listing Report

Search Description:
Search for: 2585-002   Search by: Matter ID  Stage: (all)  Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------------------------------------------------------|------------------------|-------|-------|-------|
| | | new allegations. | | | | |
| 4/6/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Fair Debt Complaint Filed | T | 0.5000 | 250.0000 | 125.0000 |
| 4/7/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Researched Oasis address. Oasis address for PoS<br>is the same, but add building 3. | T | 0.1000 | 250.0000 | 25.0000 |
| 6/21/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Spoke with client,  informed him about cases, will<br>call process server to find out what is going on. | T | 0.2000 | 250.0000 | 50.0000 |
| 6/28/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Called process server, and left a message regarding<br>status of service. | T | 0.1000 | 250.0000 | 25.0000 |
| 6/30/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Spoke with process server,  said she would get back<br>to me by tomorrow with status of service. | T | 0.1000 | 250.0000 | 25.0000 |
| 7/6/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Called process server to see status.. no word yet. | T | 0.1000 | 250.0000 | 25.0000 |
| 7/7/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Called process server to see what status is.. left<br>message.. called back client to let him know that we<br>do not know status yet. | T | 0.2000 | 250.0000 | 50.0000 |
| 7/9/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Spoke to client then called process server to check<br>stauts.. left message. | T | 0.2000 | 250.0000 | 50.0000 |
| 7/16/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Called process server and left message regarding<br>status. | T | 0.1000 | 250.0000 | 25.0000 |
| 7/27/2010 | VH | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Tried reaching PS. I believed they went out of<br>business. AK to reserve. | T | 0.1000 | 250.0000 | 25.0000 |

# Lemberg & Associates LLC
## Transactions Listing Report

Search Description:
Search for: 2585-002   Search by: Matter ID  Stage: (all)  Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 8/2/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Spoke to client and gave case updates. | T | 0.1000 | 250.0000 | 25.0000 |
| 8/5/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Prepared and filed motion to extend service. | T | 0.5000 | 250.0000 | 125.0000 |
| 8/9/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Called new process server, they strill have not<br>received the process. | T | 0.1000 | 250.0000 | 25.0000 |
| 9/14/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Drafted and filed default judgment motion. | T | 0.5000 | 250.0000 | 125.0000 |
| 9/15/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Amended and refiled default. | T | 0.3000 | 250.0000 | 75.0000 |
| 10/14/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Read rules on default judgments. Must be filed by<br>monday.. asked LS for guidance. | T | 0.1000 | 250.0000 | 25.0000 |
| 10/18/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Finished drafting default docs. Sent to LS for reveiw<br>before filing. | T | 1.0000 | 250.0000 | 250.0000 |
| 10/18/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Filed default judgment after editing per LS's review.<br>Sent copy to D. | T | 0.5000 | 250.0000 | 125.0000 |
| 11/23/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Sent order to LS asking if she had contacted the<br>court to reschedule the hearing. | T | 0.1000 | 250.0000 | 25.0000 |
| 11/23/2010 | EG | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Called chambers. They said judge may rule without<br>hearing pusuant to LR 7.1. Will call if judge decides<br>a hearing is needed. | T | 0.1000 | 250.0000 | 25.0000 |

# Lemberg & Associates LLC
## Transactions Listing Report

Search Description:
Search for: 2585-002   Search by: Matter ID  Stage: (all)  Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 4/4/2011 | AK | 2585-002 / Hunter, Ross<br>Hunter v. Oasis Financial Solutions, LLC, No.:<br>Drafred motion for attorneys fees and costs. | T | 3.0000 | 125.0000 | 375.0000 |
| | | | Accident Date: | 9.3000 | | 1,950.0000 |
| | | | Grand Total | 9.3000 | | 1,950.0000 |